No. 1,333.—LAKE, Appellant, *v.* LAKE, Respondent.

*Appeal from District Court, Silver Bow County.*

Motion to dismiss appeal. Decided January 18, 1901.

Per Curiam.—Upon application of the appellant herein this cause is dismissed at the cost of appellant.

*Mr. M. D. Leehey,* for Appellant.

---

No. 1,658.—WETZSTEIN, Respondent, *v.* BOSTON & MONTANA CONSOL. C. & S. MINING CO., Appellant.

*Appeal from District Court, Silver Bow County.*

Motion to dismiss appeal. Decided March 14, 1901.

Per Curiam.—Appellant's motion to dismiss this appeal is granted, and the appeal is hereby dismissed at the cost of the appellant.

*Messrs. Forbis & Evans,* for Appellant. *Messrs. McHatton & Cotter* and *Mr. James M. Denny,* for Respondent.